IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01403-MSK-MEH

ALEXANDER A. DOBBS,

    Plaintiff,

v.

MORBARK, INC., a Michigan corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2009.**

    Plaintiff's Unopposed Motion for Filing an Amended Complaint [filed September 9, 2009; docket #20] is **granted**. The Court directs the Clerk of Court to enter the Amended Complaint and Jury Demand located at docket #20-2.