IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01403-MSK-MEH

ALEXANDER A. DOBBS,

    Plaintiff,

v.

MORBARK, INC., a Michigan corporation,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2009.**

    Defendant's Unopposed Motion to Enter Protective Order Regarding Confidential Documents [filed December 15, 2009; docket #35] is **granted**. The Protective Order Regarding Confidential Documents is accepted and entered contemporaneously with this minute order.