IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01403-MSK-MEH

ALEXANDER A. DOBBS,

    Plaintiff,

v.

MORBARK, INC., a Michigan corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2010.**

    Morbark Inc.'s Motion to Strike . . . [filed April 22, 2010; docket #50] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A. Defendant's counsel represents that for the purposes of conferral, he contacted Plaintiff's counsel one time on the same date that this motion was filed, and Plaintiff's counsel was not available. (Docket #50 at 1.) However, D.C. Colo. LCivR 7.1A requires meaningful negotiations by the parties; thus, the rule is not satisfied by one party sending the other party a single email, letter or voicemail. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003).