IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01403-MSK-MEH

ALEXANDER A. DOBBS,

       Plaintiff,

v.

MORBARK, INC., a Michigan corporation,

       Defendant.

## ORDER AND NOTICE OF EVIDENTIARY HEARING
## AND FINAL PRETRIAL CONFERENCE

THIS MATTER comes before the Court following the Law and Motion hearing held on June 25, 2010. In compliance with the Court's directive at that hearing, the parties have advised that they wish to proceed on the Rule 702 Motion at Docket Entry #54. Based thereon,

**IT IS ORDERED** that:

(1) A four-hour evidentiary hearing is set for **December 16, 2010,** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2) To enable the parties to prepare for the hearing, any party intending to offer exhibits or call witnesses at the hearing shall, at least **three business days prior to the hearing**, provide copies of all proposed exhibits (pre-marked) and a list of witnesses to all counsel.

(3) Evidence will not be received by telephone or declaration, nor will parties be

permitted to appear by telephone.

**IT IS FURTHER ORDERED** that a Final Pretrial Conference will be held on **December 30, 2010, at 1:30 p.m.** All provisions of the Court's Trial Preparation Order - Civil (*Docket Entry #17*) shall apply to the rescheduled conference.

DATED this 15th day of July, 2010.

           **BY THE COURT:**

           */s/ Marcia S. Krieger*

           Marcia S. Krieger
           United States District Judge