IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-01403-MSK-MEH | Date: November 1, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| ALEXANDER A. DOBBS, | Gerald P. McDermott |
| | William James Hansen |
| Plaintiff, | |
| vs. | |
| MORBARK, INC., | Steven M. Hamilton |
| | Kevin G. Dougherty |
| Defendants. | (by phone) |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:**     2:10 p.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Combined Motion to Compel Supplementation of Discovery Responses, Motion for Sanctions, and Motion to Allow Supplemental Discovery and a Rule 30(b)(6) Deposition for Trial Preservation Purposes (Doc. #77, filed 9/16/11).

**ORDERED:**  Plaintiff's Combined Motion to Compel Supplementation of Discovery Responses, Motion for Sanctions, and Motion to Allow Supplemental Discovery and a Rule 30(b)(6) Deposition for Trial Preservation Purposes (Doc. #77, filed 9/16/11) is GRANTED IN PART and DENIED IN PART as stated on the record. Plaintiff may supplement its expert report on or before **November 18, 2011.** Defendant may supplement its expert report, if necessary, on or before **December 9, 2011.** The Court will allow a brief supplemental deposition based only on any changes to expert opinions.

**Court in recess:**     2:46 p.m.   (Hearing concluded)
**Total time in court:**  0:36