**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date: March 5, 2012
Court Reporter:     Paul Zuckerman

Civil Action No. 09-cv-01403-MSK-MEH

*Parties*:                                   *Counsel Appearing*:

ALEXANDER A. DOBBS,                          Gerald McDermott
                                             William Hansen

Plaintiff,

v.

MORBARK, Inc., a Michigan corporation,       Kevin Dougherty
                                             Steve Hamilton
Defendant.

---

### COURTROOM MINUTES

HEARING:   Jury Trial Day One.

**1:25 p.m.     Court in session**

Counsel and parties are present as listed above.

Mike Hochstra is present at defendant's table as it's representative.

Preliminary matters from counsel addressed by the Court.

**ORDER:**   Motions *in Limine* filed at **Doc. #101, 102, 103, 104, 105, 106, 107 and 108** are **DENIED** with leave to renew.

The parties request a sequestration order.

**ORDER:**   Sequestration order is entered and posted on the Courtroom doors. The expert witnesses identified are exempt from this order.

 1:40 p.m.   Jury panel present.

Court's preliminary comments.

Jurors sworn for *voir dire*.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

*Voir dire* by the Court.

2:54 p.m.     Jury excused

**3:00 p.m.     Court in recess**
**3:14 p.m.     Court in session**

*Voir dire* continues.

Counsel exercise their challenges.

Jurors sworn to try the case.

**3:47 p.m.     Court in recess**
**4:09 p.m.     Court in session**

The Court reads the introductory jury instructions to the jury.

4:32 p.m.     Jury released for the day.

**4:35 p.m.     Court in recess.**

**Total Time:   2 hours 34 minutes.**
**Trial continued.**